IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EILEEN AHERN,
MAUREEN MASTALERZ,
DEBRA AUGER,
LYNDA PARKER
Plaintiffs

v. CA No.: 05 117 ML

JIM NICHOLSON,
Secretary, Department of
Veterans Affairs,
Defendant

MOTION TO ENTER FIRST AMENDED COMPLAINT

Now comes the Plaintiff, and having filed and duly served on the Defendant an initial complaint on March 18, 2005, and before the Defendant has answered that initial complaint, now enters this First Amended Complaint, which will be served by certified mail to the Defendant this day April 28, 2005.

Respectfully Submitted,

Thomas E. Folcarelli #6393
94 Warner Street
Newport, RI 02840
401.619.0166
Fax: 401.274.2480
Counsel for the Plaintiffs

CERTIFICATION

I hereby certify that on this 28th Day of April 2005, I did cause a true copy of the above motion along with a copy of the First Amended Complaint to: Ms. Lisa Shimirian, Office of General Counsel, Veterans Administration Medical Center, 830 Chalkstone Avenue, Providence, RI 02908

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EILEEN AHERN,
MAUREEN MASTALERZ,
DEBRA AUGER,
LYNDA PARKER
Plaintiffs

v. CA No.: 05 117 ML

JIM NICHOLSON,
Secretary, Department of
Veterans Affairs,
Defendant

MEMORANDUM OF LAW IN SUPPORT OF MOTION TO ENTER FIRST AMENDED COMPLAINT

Rule 15 of the Federal Rules of Civil Procedure provides that a party may amend their pleading once as a matter of course at any time before a responsive pleading is served.

The Plaintiffs in this case filed a pleading on the 18th Day of April 2005. This pleading was duly served on the Defendant. To this date no responsive pleading has been served on the Plaintiffs by the Defendant. The Plaintiffs thereby take leave to amend the initial pleading.

Respectfully Submitted,

Thomas E. Folcarelli #6393
94 Warner Street
Newport, RI 02840
401.619.0166
Fax: 401.274.2480
Counsel for the Plaintiffs

CERTIFICATION

I hereby certify that on this 28th Day of April 2005, I did cause a true copy of the above motion along with a copy of the First Amended Complaint to: Ms. Lisa Shimirian, Office of General Counsel, Veterans Administration Medical Center, 830 Chalkstone Avenue, Providence, RI 02908