IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
APR 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EILEEN AHERN,
MAUREEN MASTALERZ,
DEBRA AUGER,
LYNDA PARKER
Plaintiffs

v. CA No.: 05 117 ML

JIM NICHOLSON,
Secretary, Department of
Veterans Affairs,
Defendant

MOTION TO ENTER FIRST AMENDED COMPLAINT

Now comes the Plaintiff, and having filed and duly served on the Defendant an initial complaint on March 18, 2005, and before the Defendant has answered that initial complaint, now enters this First Amended Complaint, which will be served by certified mail to the Defendant this day April 28, 2005.

Granted. Mary M. Lisi USDJ 5/3/05

Respectfully Submitted,

TEF

Thomas E. Folcarelli #6393
94 Warner Street
Newport, RI 02840
401.619.0166
Fax: 401.274.2480
Counsel for the Plaintiffs

CERTIFICATION

I hereby certify that on this 28th Day of April 2005, I did cause a true copy of the above motion along with a copy of the First Amended Complaint to: Ms. Lisa Shimirian, Office of General Counsel, Veterans Administration Medical Center, 830 Chalkstone Avenue, Providence, RI 02908

TEF

3