**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Eileen Ahern, Maureen Mastalerz, Debra Auger, and Lynda Parker, Plaintiffs, | ) | |
| v. | ) | C.A. NO. 05-117ML |
| Jim Nicholson, Secretary, Department of Veterans Affairs, Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Now comes JIM NICHOLSON, in his capacity as Secretary of the Department of Veterans Affairs, by and through his undersigned attorneys, and moves that the time within which defendant may respond to plaintiff's Motion to Amend First Amended Complaint be enlarged up to and including August 12, 2005. Plaintiff has no objection to this enlargement of time.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of July, 2005, I mailed a copy of the foregoing Motion for Enlargement of Time, by postage prepaid mail, to:

Thomas E. Folcarelli, Esq.
12 Newport Avenue
Newport, RI 02840

Nancy A. DiQuinzio