No response

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

EILEEN AHERN, MAUREEN MASTALERZ,
DEBRA AUGER, LYNDA PARKER
Plaintiffs,

v. CA No.: 05-117 ML

JIM NICHOLSON, Secretary
Department of Veterans Affairs
Defendant

MOTION TO AMEND FIRST AMENDED COMPLAINT

Now come the Plaintiffs to move this Honorable Court to grant leave to amend their complaint to remove claims alleging breaches of 42 U.S.C. §§ 1981, 1983, and allow the Plaintiffs to revise the complaint to more accurately reflect the Plaintiffs' true claims of employment discrimination under Title VII, 42 U.S.C. 2000(e) *et seq.*

The Plaintiffs hereby aver that the purpose of the amendment of this complaint is in the interest of justice, and there is no dilatory motive, no bad faith, there is no intent cause undue delay, or unduly prejudice the Defendant in this Case.

Respectfully Submitted,

Thomas E. Folcarelli #6393
94 Warner Street
Newport, RI 02840
401.619.0166
Fax: 401.274.2480
Counsel for Plaintiffs Eileen Ahern, Maureen Mastalerz, Lynda Parker and Debra Auger

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 8/17/05

CERTIFICATION

I hereby certify that on this 30th Day of June 2005 I did cause a true copy of The Second Amended Complaint and the Motion and Memo contained within to be sent by certified mail to: United States Attorney General, US DOJ, 950 Pennsylvania Ave. NW, Washington, DC 20530; and to Office of General Counsel, Dept Vet Affairs, 810 Vermont Ave. NW, washington, DC 20420; and to Civil Process Clerk, US Attorney for the Disrict of RI, 50 Kennedy Plaza, Providence, RI 02903