RECEIVED
SEP 02 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Eileen Ahern, Maureen Mastalerz, :
Debra Auger, and Lynda Parker, :
Plaintiffs, :
Plaintiffs :
:
v. : C.A. NO. 05-117ML
:
Jim Nicholson, Secretary, :
Department of Veterans Affairs, :
Defendant. :

**STIPULATION**

Defendant United States of America shall have up to and including September 26, 2005, to answer or otherwise respond to the second amended complaint.

TEF

Thomas E. Folcarelli (#6393)
Attorney for Plaintiff
94 Warner Street
Newport, RI 02840
(401) 274-2480

ROBIN E. FEDER (#3415)
Assistant United States Attorney
Attorney for Defendant
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

DATED: 8/29/05

Enter:
Mary M. Lisi
USDJ 9/6/05