IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 30 2006
Property of U.S. District Court
District of Rhode Island

Eileen Ahern, Maureen Mastalerz,
Debra Auger, Lynda Parker,
Plaintiffs,

v. CA No.: 05-117ML

Jim Nicholson, Secretary,
Department of Veterans Affairs,
Defendant.

STIPULATION

By agreement of the Parties, the Plaintiff may have up to and including February 23, 2006 to provide answers to interrogatories and production of documents propounded by the defendant.

Robert E. Corrente
United States Attorney

Robin E. Feder
Assistant U.S. Attorney
Attorney for the Defendant
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Thomas E. Folcarelli (6393)
Attorney for the Plaintiffs
55 Bradford Street, Suite 203
Providence, RI 02903

1/27/06
Date

Enter: Mary M. Lisi USDJ 1/31/06