IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

Eileen Ahern, Maureen Mastalerz,
Debra Auger, Lynda Parker,
Plaintiffs,

v. CA No.: 05-117ML

Jim Nicolson, Secretary,
Department of Veterans Affairs,
Defendant.

STIPULATION

By agreement of the parties the Plaintiff may have up to and including June 1, 2006 to provide answers to interrogatories and requests for the production of documents propounded by the Defendant.

Robert E. Corrente
United States Attorney

Robin E. Feder, Esq.
Assistant U.S. Attorney
Attorney for the Defendant
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Thomas E. Folcarelli (#6393)
Attorney for the Plaintiff
55 Bradford Street, Suite 203
Providence, RI 02903
401.521.1828
Fax: 401.274.2480

5.1.06
Date

Enter.
Mary M. Lisi
USDJ 5/2/06