**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Eileen Ahern, Maureen Mastalerz, Debra Auger, and Lynda Parker, Plaintiffs, | ) | |
| v. | ) | C.A. NO. 05-117ML |
| Jim Nicholson, Secretary, Department of Veterans Affairs, Defendant. | ) | |

**JOINT MOTION TO AMEND THE PRE-TRIAL ORDER**

In support of their motion to amend the pre-trial order, the parties assert the following:

This case was brought by four women who allege that they suffered sex discrimination and retaliation by their second-line supervisor at the Veterans Administration Medical Center in Providence, Rhode Island. In addition to the allegations of sex discrimination and retaliation, plaintiffs allege that they were constructively discharged.

Discovery is actively ongoing. Plaintiffs were served with discovery requests in December 2005. After multiple extensions, responses were provided to defendants in June 2006. The responses were lengthy (Debra Auger's interrogatory answers, for example, were 122 pages long) and generated requests for supplemental responses and production of documents (including medical releases). The parties have had several fruitful discussions regarding the nature and extent of the necessary supplementation. Plaintiffs intend to provide executed medical releases to defendant by September 24, 2006, and supplemental answers to interrogatories and other production responses by the middle to the end of October 2006.

In the meantime, defendant issued notices to take the depositions of plaintiffs. However,

those depositions cannot proceed for several reasons: the dates are inconvenient for plaintiffs and/or their counsel and they have requested that the dates be changed; and defendant cannot take the depositions without plaintiffs' supplemental responses and their medical records, in any event.

Additionally, plaintiffs have identified in excess of 40 potential witnesses. Defendant expects to take in excess of 10 depositions (although probably not 40). Although this number of depositions exceeds the limit set in Rule 30(a)(2)(A) of the Federal Rules of Civil Procedure, plaintiffs have consented to defendant taking in excess of ten depositions. As with plaintiffs' depositions, defendant cannot take any of these witness depositions without plaintiffs' supplemental discovery responses.

The parties continue to cooperate on all discovery issues and have not had to resort to the Court to work out any differences. Unfortunately, despite our efforts to complete discovery within the allotted time, the parties, to date, have not been successful. As the parties have been working on their discovery in this case, but have not completed it, they jointly seek to amend the pre-trial order to set new discovery closure and related dates. As noted, the parties are cooperating and have discussed the nature and extent of the remaining discovery to be accomplished. Based upon the contemplated discovery and various accommodations for the schedules of each party, the parties jointly request that the dates of the pre-trial order be extended as follows: discovery closure by April 1, 2007; dispositive motions filed by May 1, 2007, and pre-trial memoranda filed within 30 days of a decision on the dispositive motion (or within 30 days of the close of discovery if no dispositive motion is filed).

The parties are available to meet with the Court at one or more supplemental status conferences, or to provide written reports of the parties' progress in discovery, if the Court so desires.

WHEREFORE, the parties respectfully request this Honorable Court to amend the pre-trial order as set out above.

Plaintiffs,
By Her Attorney

**/s/ Thomas Folcarelli**
THOMAS FOLCARELLI, ESQ., #6393
55 Bradford Street
Suite 203
Providence, RI 02903
401- 521-1828
401- 274-2480 (fax)
tfolc8@cox.net

ROBERT CLARK CORRENTE
United States Attorney

**/s/ Robin E. Feder**
ROBIN E. FEDER, #3415
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
robin.feder@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 29th day of September, 2006, I caused the within Joint Motion to Amend the Pre-Trial Order to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Thomas Folcarelli, Esq.
55 Bradford Street
Suite 203
Providence, RI 02903
tfolc8@cox.net

/s/ Robin E. Feder
ROBIN E. FEDER, #3415
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
robin.feder@usdoj.gov