**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
OCT 30 2006
Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| Eileen Ahern, Maureen Mastalerz, Debra Auger, and Lynda Parker, Plaintiffs, | ) |
| v. | ) C.A. NO. 05-117ML |
| Jim Nicholson, Secretary, Department of Veterans Affairs, Defendant. | ) |

**ORDER COMPELLING DISCOVERY RESPONSES**

This matter was the subject of a status conference with the Court on October 25, 2006. During the conference, it was

ORDERED, ADJUDGED AND DECREED:

That plaintiffs shall have to and including November 8, 2006, to provide the supplemental responses to discovery requested by defendant and agreed to by plaintiffs in accordance with the letter dated September 15, 2006, to plaintiffs' counsel, a copy of which is attached hereto and incorporated herein.

BY ORDER:

Barbara Barletta
CLERK

ENTER:

Mary M. Lisi USDJ

DATE: 10/31/06

Order Presented By:

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER, #3415
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
robin.feder@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 30th day of October, 2006, I mailed a copy of the within Order Compelling Discovery to:

Thomas Folcarelli, Esq.
55 Bradford Street
Suite 203
Providence, RI 02903
tfolc8@cox.net