IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Eileen Ahern, Maureen Mastalerz, | ) | |
| Debra Auger, and Lynda Parker, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No. 05-117ML |
| | ) | |
| Jim Nicholson, Secretary, | ) | |
| Department of Veterans' Affairs, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and files this Notice of Appearance in the above entitled case.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2007, I caused the within Notice of Appearance to be filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Thomas Folcarelli, Esquire
55 Bradford Street, Suite 203
Providence, RI 02903
email address tfolc8@cox.net

/s/ Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov