IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Eileen Ahern, Maureen Mastalerz, | ) | |
| Debra Auger, and Lynda Parker, | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | C.A. No. 05-117ML |
| | ) | |
| Jim Nicholson, Secretary, | ) | |
| Department of Veterans' Affairs, | ) | |
| Defendant. | ) | |

**MOTION TO AMEND THE PRETRIAL ORDER**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby requests that the Court amend the Pretrial Order to allow discovery to continue until August 15, 2007 for the reasons stated below.

ARGUMENT

The Court is well aware of the travel of this case. The government is mindful that the Court has an interest in ensuring that matters do not lie fallow on it's docket and that justice is best served when matters are efficiently moved toward resolution. In the instant case, this matter was, until mid-November, handled by AUSA Robin Feder. Ms. Feder left the office at that time to assume her duties as an Immigration Judge. This matter was then assigned to AUSA Anthony DiGioia. Mr. DiGioia has recently decided to retire from the U.S. Attorney's Office and will be

leaving government service on January 31, 2007. The undersigned has been assigned to handle this matter, in addition to her duties as a criminal AUSA. This assignment was made shortly after January 1, 2007.

The undersigned AUSA has learned that the documents already in existence in this matter exceed 5000. In an attempt to meet the currently established deadlines, AUSA Browne has begun reviewing all of the material accumulated to date in this matter. That initial review, the volume of the materials yet to be reviewed, as well as the need by either side to conduct depositions, and to be prepared for meaningful settlement discussions with Magistrate Judge Lovegreen have prompted this request.

## CONCLUSION

Therefore, the undersigned respectfully requests that the discovery deadline in this matter be extended until August 15, 2007. Further, the government requests that the Pretrial Order provide that dispositive motions be filed by September 14, 2007, and that the Pretrial Memorandum be due on October 15, 2007. In addition, the government respectfully moves that the currently scheduled settlement conference on February 7, 2007 before Magistrate Judge Lovegreen be rescheduled to a later date commensurate with the requested deadlines set forth herein.

Counsel for the government has discussed this motion with counsel for plaintiffs and he does not object to this request.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov

CERTIFICATE OF SERVICE

On the 19th day of January, 2007, I caused the within Government's Motion to Amend the Pretrial Order to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Thomas Folcarelli, Esquire
55 Bradford Street, Suite 203
Providence, RI 02903
email address tfolc8@cox.net

/s/ Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov