IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EILEEN AHERN, ET ALS,
Plaintiffs,
v.

JIM NICHOLSON, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,
Defendant.

C.A. NO. 05-117ML

To: Arthur Jordan
83 Douglas Street
Cranston, RI 02910

**NOTICE OF DEPOSITION**

Please take notice that the defendant, Jim Nicholson, Secretary, Department of Veteran's Affairs, will take the deposition upon oral examination of **ARTHUR JORDAN** on Thursday, August 9, 2007, at 9:00AM. at the United States Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, before an official United States Court Reporter or before some other person authorized by law to administer oaths and take depositions.

This deposition shall continue from day to day until completed and may be videotaped.

Respectfully submitted,

JIM NICHOLSON, SECRETARY,
DEPARTMENT OF VETERAN'S AFFAIRS
By his Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
Fleet Center, 50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of July, 2007, I electronically filed the within Notice of Deposition with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Thomas Folcarelli, Esquire
Folcarelli Law
55 Bradford Street, Suite 203
Providence, RI 02903

/s/ Richard B. Myrus