EK

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Eileen Ahern, Et al. | CA 05-117ML |
| DEFENDANT | TYPE OF PROCESS |
| Jim Nicholson, Secretary, Department of Veterans Affairs | Notice of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Susan Morin, LICSW

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
One Cumberland Plaza, 3rd FL, Rear, Woonsocket, RI 02895 CUMBERLAND ST.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Richard B. Myrus, Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th FL.
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

**Please serve before July 23, 2007, at her office on Tuesday/Thursday

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☐ PLAINTIFF ☑ DEFENDANT | 401/709-5000 | 7-12-07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward B. Kawa | 7/12/07 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
SUSAN MORIN

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
1 CUMBERLAND PLAZA 3RD/FL REAR
WOONSOCKET, R.I

| Date | Time | |
|---|---|---|
| 7-17-08 | 1340 | ☐ am ☑ pm |

Signature of U.S. Marshal or Deputy
C.A Moore

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $ 45.00 | $ 13.58 | | $ 58.58 | | $0.00 |

REMARKS: (1 DEP) (1 HR) (28 MILES) SERVED IN HAND C.MOORE
[signature] 7-17-07

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
~~2. USMS RECORD~~
~~3. NOTICE OF SERVICE~~
~~4. BILLING STATEMENT~~*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
~~5. ACKNOWLEDGMENT OF RECEIPT~~

PRIOR EDITIONS MAY BE USED

RECD. FROM SUP. 7/26/07

Form USM-285
Rev. 12/15/80
Automated 01/00