**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Eileen Ahern, Maureen Mastalerz, Debra Auger, and Lynda Parker, Plaintiffs, | ) | |
| v. | ) | C.A. NO. 05-117ML |
| Jim Nicholson, Secretary, Department of Veterans Affairs, Defendant. | ) | |

## JOINT MOTION TO AMEND THE PRE-TRIAL ORDER

The parties, by their counsel, hereby move the Court for a three-week enlargement of the fact discovery period and related deadlines. In support of their joint motion to amend the pre-trial order, the parties state the following:

This case was brought by four women who allege that they suffered sex discrimination and retaliation at the Veterans Administration Medical Center in Providence, Rhode Island. In addition to the allegations of sex discrimination and retaliation, plaintiffs allege that they were constructively discharged.

Discovery is actively ongoing. Defendant has conducted depositions of three of the four plaintiffs and one of plaintiffs' physicians. In addition, defendant, with plaintiffs' cooperation, has scheduled eight additional depositions, including the remaining plaintiff, various medical professionals, and former hospital employees, one of whom resides in California. These depositions are to take place over the next three weeks. Defendant, however, has had difficulty scheduling several additional depositions, including those of Joan Beaudoin, who was plaintiffs' first line supervisor, and former employee Ann Orsini, whom plaintiffs have identified as a

Granted, however NO further extension will be granted. Mary M. Lisi USDJ 7/30/07

potential witness. In addition, plaintiffs anticipate the need to take at least three depositions, which have not yet been scheduled.

Given the heavy deposition schedule until the current August 15, 2007 close of fact discovery and the parties' need to schedule additional depositions during a peak vacation period, the parties jointly request that the dates of the pre-trial order be extended by several weeks as follows: discovery to close by September 7, 2007; dispositive motions to be filed by October 12, 2007, and pre-trial memoranda to be filed within thirty days of a decision on the dispositive motions (or within 30 days of the close of discovery if no dispositive motion is filed).

The parties acknowledge that the Court previously has granted several extensions of the close of fact discovery. The parties are working cooperatively to complete depositions expeditiously, but because of the number of depositions in this case,[1] the parties seek one additional, relatively small, enlargement of the fact discovery period.

WHEREFORE, the parties respectfully request that the Court amend the pre-trial order as set out above.

---

[1] Defendant notes that Assistant United States Attorney Stephanie S. Browne, who was assigned to this case until recently, has been selected for a detail to Iraq and will be departing imminently.