IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

EILEEN AHERN, MAUREEN MASTALERZ,
DEBRA AUGER, LYNDA PARKER
Plaintiffs.
v. CA No.: 05-117ML
JIM NICHOLSON, Secretary,
Department of Veterans Affairs
Defendant.

To Craig Polucha, Chief, HRS, PVAMC
c/o Richard Myrus
Assistant U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaxa
Providence, RI 02903
401.709.5000
401.709.5017 fax
Email: richard.myrus@usdoj.gov

**NOTICE OF DEPOSITION**

Please take note that Plaintiffs' Eileen Ahern, et al., will take the deposition upon oral examination of Craig Polucha, Providence VA medical Center Chief of HRS, on September 11, 2007 at the Office of the U.S. Attorney, Fleet Center, 8the Floor, Providence, RI before an official United States Court Reporter or before some other person authorized to take oaths and take depositions.

This deposition shall continue from day-to-day until completed and may be audio and/or videotaped.

Respectfully Submitted,
Eileen Ahern, et al.
By their Attorney,
/s/ thomas E. Folcarelli
Thomas E. Folcarelli #6393
55 Bradford Street, Suite 203
Providence, RI 02903
401.521.1828
401.274.2480 fax

**CERTIFICATE OF SERVICE**

______I hereby certify that on this 10TH Day of September, 2007, I electronically filed the within Notice of Deposition with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received electronically:

Mr. Richard Myrus, Esq.
Assistant U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaxa
Providence, RI 02903
401.709.5000
401.709.5017 fax
Email: richard.myrus@usdoj.gov

/s/ Thomas E. Folcarelli

I hereby further certify that on the 10th Day of September, 2007, I forwarded a copy of the within Notice of Deposition and Deposition Subpoena , by U.S. Mail, prepaid postage to:

Mr. Richard Myrus, Esq.
Assistant U.S. Attorney
Fleet Center, 8th Floor
50 Kennedy Plaxa
Providence, RI 02903
401.709.5000
401.709.5017 fax
Email: richard.myrus@usdoj.gov

/s/ Thomas E. Folcarelli