**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Eileen Ahern, Maureen Mastalerz, | ) | |
| Debra Auger, and Lynda Parker, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. NO. 05-117ML |
| | ) | |
| Jim Nicholson, Secretary, | ) | |
| Department of Veterans Affairs, | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S ASSENTED-TO MOTION TO AMEND THE PRE-TRIAL ORDER**

Defendant, James Nicholson, hereby moves the Court for a thirty-day extension of the deadline for the filing of summary judgment motions. In support of this motion, Defendant states:

This case was brought by four women who allege that they suffered sex discrimination and retaliation at the Veterans Administration Medical Center in Providence, Rhode Island. In addition to the allegations of sex discrimination and retaliation, two of the Plaintiffs allege that they were constructively discharged.

Defendant is mindful that the Court previously stated that no further extensions of the fact discovery period would be forth coming, and the parties now have completed fact discovery in this case. Defendant has conducted depositions of the four plaintiffs, four medical professionals, three former hospital employees, and one additional fact witness. Plaintiffs have also completed their depositions.

Defendant intends to move for summary judgment with respect to each plaintiff, and summary judgment briefs currently are due on October 12, 2007. However, as the Court is aware, all Assistant United States Attorneys, including the undersigned, are required to

participate in mandatory in-house training from October 1through October 5, 2007. In addition, the undersigned is scheduled to attend a trial advocacy course at the National Advocacy Center from October 16 through October 25, 2007. Given the substantial undertaking involved in assembling Defendant's motion for summary judgment against four plaintiffs and counsel's pending training obligations, Defendant seeks an additional thirty days in which to file his motion for summary judgment.

Plaintiffs' counsel has assented to this motion.

WHEREFORE, Defendant respectfully requests that the Court amend the pre-trial order only as to the date for dispositive motions, which Defendant requests be extended to November 9, 2007.

ROBERT CLARK CORRENTE
United States Attorney

**/s/ Richard B. Myrus**
RICHARD B. MYRUS
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 19th day of September, 2007, I caused the within Assented-To Motion to Amend the Pre-Trial Order to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Thomas Folcarelli, Esq.
55 Bradford Street, Suite 203
Providence, RI 02903
tfolc8@cox.net

/s/ Richard Myrus