**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Eileen Ahern, Maureen Mastalerz, | ) | |
| Debra Auger, and Lynda Parker, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. NO. 05-117ML |
| | ) | |
| Jim Nicholson, Secretary, | ) | |
| Department of Veterans Affairs, | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S ASSENTED-TO MOTION FOR A THREE-DAY EXTENSION OF THE DEADLINE TO FILE SUMMARY JUDGMENT MOTIONS**

Defendant, James Nicholson, hereby moves the Court for an extension of three business days in which to file defendant's summary judgment motion. In support of this motion, defendant states:

Defendant intends to move for summary judgment with respect to each plaintiff, and summary judgment briefs currently are due on November 9, 2007. Given the substantial undertaking involved in assembling defendant's motion for summary judgment against four plaintiffs and the necessity of obtaining declarations from several former employees, one of whom does not reside in the local area, defendant seeks an additional (and final) three business days in which to file his motion for summary judgment.

Plaintiffs' counsel has assented to this motion.

WHEREFORE, Defendant respectfully requests that the Court amend the pre-trial order only as to the date for dispositive motions, which Defendant requests be extended to November

14, 2007.

ROBERT CLARK CORRENTE
United States Attorney

**/s/ Richard B. Myrus**

RICHARD B. MYRUS
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
richard.myrus@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 2nd day of November, 2007, I caused the within Defendant's Assented-to Motion for a Three-day Extension Of the Deadline to File Summary Judgment Motions to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Thomas Folcarelli, Esq.
55 Bradford Street, Suite 203
Providence, RI 02903
tfolc8@cox.net

/s/ Richard Myrus