**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Eileen Ahern, Maureen Mastalerz, Debra Auger, and Lynda Parker, Plaintiffs, | |
| v. | C.A. NO. 05-117ML |
| Jim Nicholson, Secretary, Department of Veterans Affairs, Defendant. | |

**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit # | Description |
|---|---|
| 1 | Deposition Transcript of Linda Parker July 6, 2007 (Excerpts) |
| 2 | Table of DIS Positions (AH0625) |
| 3 | Deposition Transcript of Maureen Mastalerz, July 18, 2007 (Excerpts) |
| 4 | Deposition Transcript of Joan Beaudoin, August 24, 2007 (Excerpts) |
| 5 | Deposition Transcript of Eileen Ahern, August 1, 2007 (Excerpts) |
| 6 | Position Description, Supervisory Diagnostic Radiologic Technologist |
| 7 | Deposition Transcript of Debra Auger, July 12, 2007 (Excerpts) |
| 8 | Email from Joan Beaudoin to Debra Auger re: CT Daily Schedule Dated April 3, 2004 (PDA0857) |
| 9 | Deposition Transcript of Debra Auger August 2, 2007 (Excerpts) |
| 10 | Report of Contact May 28, 2004 |
| 11 | Memo from Mehrdad Khatib to Chief, Diagnostic ImaginG Services Dated March 31, 2004 (WMK0026-31) |
| 12 | Email from Mehrdad Khatib to Joan Beaudoin Dated March 12, 2004, re: CT Backlog (AH0776) |
| 13 | Email from Mehrdad Khatib to Joan Beaudoin Dated April 12, 2004, re: CT Backlog (AH0807) |
| 14 | Email from Mehrdad Khatib to Joan Beaudoin Dated March 24, 2004, re: CT Backlog (AH0785-86) |

| Exhibit # | Description |
|---|---|
| 15 | Plaintiff Maureen Mastalerz Supplemental Answers to Interrogatories (PSM0001-24) |
| 16 | Email from Mehrdad Khatib to Joan Beaudoin Dated May 4, 2004, re: CT Pending List - (AH0822) |
| 17 | Email from Mehrdad Khatib to Joan Beaudoin Dated April 8, 2004, re: Performance Issues - (AH0803) |
| 18 | Memorandum from Casimira Sta. Ines, M.D. to Eileen Ahern, Debra Auger, and Maureen Mastalerz, Dated April19, 2004, re: Change in Tour of Duty |
| 19 | Memorandum from Casimira Sta. Ines, M.D. to chief, Diagnostic Imaging Service, Dated May 3, 2004, re: CT Tours |
| 20 | Email from Mehrdad Khatib to Joan Beaudoin Dated April 14, 2004, re: CT Backlog - (AH0809) |
| 21 | Memorandum of Complaint Dated April 22, 2004 (AH0027-AH0043) |
| 22 | Notes DRTs Regarding CT Tour of Duty Change (AH0243-50) |
| 23 | Deposition Transcript of Craig Polucha, September 11, 2007 (Excerpts) |
| 24 | Hybrid Title 38 Vacancy Announcement Diagnostic Radiologic Technologist (CAT Scan) - (CON0333-CON0334) |
| 25 | Christopher Stokes Contract Dated September 15, 2003 (CON0967 - 69) |
| 26 | Christopher Stokes Contract Dated December 29, 2003 (CON0925 - 58) |
| 27 | Abstract of Offers Dated September 15, 2003 (CON0888 - 93) |
| 28 | Abstract of Offers Dated December 29, 2003 (CON0896 - 901) |
| 29 | Joan Beaudoin EEO Testimony (AH0410-13) |
| 30 | Email from Linda Parker to Edwin Mueller Dated September 10, 2004 (AH3556-62) |
| 31 | Tamara Holt EEO testimony of Feb. 11, 2005 AH3788-90 (6:14-10:21). |
| 32 | VISN1 Report Dated September 30, 2004 (AH0016-20) |
| 33 | Email from Casimira Sta Ines to Diane Torres Dated April 21, 2005 (AH3773) |

| Exhibit # | Description |
|---|---|
| 34 | Email from Mehrdad Khatib to Linda Parker Dated August 18, 2004 (AH3552) |
| 35 | Initial referral Interview Sheet (AH3629 - 30) |
| 36 | Notice of Partial Acceptance/Partial Dismissal (AH3509 - 15) |
| 37 | Linda Parker Record of Exit Interview (LDP0062 - 63) |
| 38 | Investigative Report (AH3634 - 54) |
| 39 | Memorandum Dated February 20, 2004 (WMK0049) |
| 40 | Statement of Debra Auger Dated March 7, 2005 (AH3396-99) |
| 41 | Medical Note for Debra Auger from Rajeev Gupta Dated July 6, 2004 |
| 42 | Letter from Debra Auger to Mehrdad Khatib Dated August 3, 2004 (PDA0174) |
| 43 | Draft letter from Casimira Sta Ines to Gregory Babigian (AH1745-46) |
| 44 | Acknowledgment of Application Dated January 19, 2006 |
| 45 | Notice of Partial Acceptance and Partial Dismissal (AH2629-42) |
| 46 | Debra Auger EEO Testimony AH3059-61 (6:15-7:15) |
| 47 | Notice of Dismissal Dated March 23, 2005 (AH2603-04) |
| 48 | U.S. Department of Labor, Office of Worker's Compensation Decision Dated February 13, 2006 (PDA1167 - 75) |
| 49 | Counseling Letter to Eileen Ahern Dated May 21, 2004 (AH2419) |
| 50 | Letter of Admonishment to Eileen Ahern Dated June 18, 2004 (AH1953-54) |
| 51 | Report of Contact by Casimira Sta Ines Dated May 25, 2004 (AH0074). |
| 52 | Notice of Final Agency Decision to Eileen Ahern Dated December 22, 2004 (AH2341-46) |
| 53 | Letter of Admonishment to Maureen Mastalerz Dated June 21, 2004 (AH0971 - 72) |
| 54 | Medical Note from Vanessa Greenier, M.D. for Maureen Mastalerz Dated July 2, 2004 (VGM0089) |
| 55 | Letter from Maureen Mastalerz to John Sylvia Dated September 30, 2004 (AH0899) |
| 56 | Reprimand to Maureen Mastalerz Dated November 15, 2004 (AH0933) |
| 57 | Email from Maureen Mastalerz to Mehrdad Khatib Dated Nov. 3, 2004 (AH1098) |

| Exhibit # | Description |
|---|---|
| 58 | Affidavit of John Sylvia Dated June 14, 2005 (AH1519 - 22) |
| 59 | VA Handbook 5021, Appendix. A (AH1567-AH1574) |
| 60 | Maureen Mastalerz Record of Exit Interview (AH1579-80) |
| 61 | Report of Contact (AH1581) |
| 62 | Maureen Mastalerz Supplemental Answers to Interrogatories (PSM0001 - 0024) at PSM00022 |
| 63 | Maureen Mastalerz Complaint of Employment Discrimination (AH0966-70) |
| 64 | Second Amended Complaint |
| 65 | Notice of Final Agency Decision Dated December 22, 2004, Maureen Mastalerz (AH0914 - 19) |
| 66 | Plaintiff Debra Auger's Response to Defendant Nicholson's First Set of Interrogatories (PDA0011- 134) |
| 67 | INTENTIONALLY LEFT BLANK |
| 68 | Letter from Debra Auger to Robyn Labombarda Dated Dated January 4, 2005 (AH2651-56) |
| 69 | Supplemental Answers to Defendant Nicholosn's First Set of Interrogatories Addressed to Plaintiff Debra Auger (PSD0001 - 19) |
| 70 | Email from Debra Auger to Mehrdad Khatib Dated March 23, 2004 (AH3368) |
| 71 | Report of Contact Dated May 19, 2004 (AH0078) |
| 72 | EEO Testimony of John Sylvia Dated March 1, 2005 (AH3166 (6:7-7:16)) |
| 73 | Letter from Mehrdad Khatib to Maureen Mastalerz Dated July 8, 2004 (AH1619) |
| 74 | Letter from Mehrdad Khatib to Debra Auger Dated August 5, 2004 (AH1705) |
| 75 | Certification of Health Care Provider, Rajeev Gupta. M.D. for Debra Auger (RG0097 - 100) |
| 76 | Letter from Casimira Sta Ines to Steve French (AH0092) |
| 77 | Eileen Ahern EEO Complaint (AH2387- 91) |
| 78 | EEO Internal Referral/Interview Sheet (AH2494 - 95) |
| 79 | Eileen Ahern's Supplemental Answers to Interrogatories (PSE0001 - 40) |
| 80 | Medical Note for Eileen Ahern Dated June 25, 2004 from Vannessa Greenier, M.D. (VG00051) |

| Exhibit # | Description |
|---|---|
| 81 | Letter to Eileen Ahern from Mehrdad Khatib Dated July 8, 244 (VG00045) |
| 82 | Letter to Secretary Anthony Principi from Eileen Ahern, Debra Auger, Maureen Mastalerz, and Linda Parker Dated August 20, 2004 (AH0047 - 50) |
| 83 | Counseling Letter to Maureen Mastalerz Dated May 21, 2004 (AH0973) |
| 84 | EEO Initial Referral/Interview Sheet (AH1055-56) |
| 85 | Email from Maureen Mastalerz to Elaine Robinson Dated Nov. 8, 2004 (AH1101) |
| 86 | Plaintiff Parker's Supplemental Responses to Defendant's Interrogatories, No. 11 (PSL0001 - 0023) at PSL0016-17 |
| 87 | Plaintiff Mastarlerz' Supplemental Responses to Defendant's Interrogatories, No. 11 (PSM0001 - 0024) at PSM000018 |
| 88 | Letter from Mehrdad Khatib to Debra Auger Dated July 8, 2004 (PDA0172 - 173) |
| 89 | Final Agency Decision Linda Parker Dated May 5, 2005 |
| 90 | Final Agency Decision Maureen Mastalerz Dated September 29, 2005 (AH1057 - AH1062) |

Respectfully submitted,

JIM NICHOLSON, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

By his attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov