IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Eileen Ahern, Maureen Mastalerz, Debra Auger, and Lynda Parker, Plaintiffs, | ) | |
| v. | ) | C.A. NO. 05-117ML |
| Jim Nicholson, Secretary, Department of Veterans Affairs, Defendant. | ) | |

**DECLARATION OF CASIMIRA STA INES**

I, Casimira Sta Ines, make the following declaration in support of Defendant's Motion for Summary Judgment.

1. I am a radiologist. From 1982 to June 2005, I was the Chief of the Diagnostic Imaging Service at the VA Medical Center in Providence. I am no longer employed by the Department of Veterans Affairs. As Chief, I had ultimate responsibility for running the Service.

2. In 2002, Marty Khatib became the Administrative Officer of the Diagnostic Imaging Service. Prior to that time, the position of Administrative Officer had been vacant for many months, and Joan Beaudoin, the chief technologist, had taken on some of the responsibilities of that position.

3. Diagnostic Imaging Service was chronically understaffed, particularly in 2003-2004. The VA Hospital paid below market rates for technologists, and it was very difficult to attract skilled staff technologists. Because of the urgent need for experienced technologists, DIS hired a number of technologists, both male and female, on a temporary contract basis beginning in 2003. I was directly involved in this hiring

process with Marty. Specifically, all applicants were interviewed by me and Marty, and I gave final approval for each of the contract technologists (as well as staff technologists) that were hired. In addition, the VA Hospital's Contracting Department, not DIS, set the rates for each contract technologist.

4. The first contract technologist hired was Kim Lebert, a woman, in March 2003. Marty was responsible for selecting Kim initially. In addition in 2003, we interviewed and hired Christopher Stokes, who was an experienced technologist, and we were lucky to be able to hire him. Subsequently, in 2004, because of the urgent need for staffing, Marty proposed that DIS hire a number of additional contract technologists, several of whom were women, including Suzette Kennett and Dayna Gardner, who both subsequently became staff technologists.

5. The subject of hiring contract technologists was discussed at several staff meetings in 2003 and 2004. No staff technologist ever expressed to me any interest in resigning his or her staff position to become a contract technologist.

6. Marty Khatib was a very hard worker, who was dedicated to improving the Service. He was also a strict manager with little patience for inefficiency. In that regard, his style was very different from his predecessor's. During his time at the VA Hospital, Marty improved the efficiency of the department significantly. For example, he dramatically reduced the overall backlog of unread studies and pending cases. In addition, he instituted numerous controls to ensure that patients were handled promptly and that no cases fell through the cracks. By increasing efficiency, he also substantially reduced the amount of overtime that the Service incurred. In short, Marty proposed and implemented many changes that improved the efficiency of the services provided

by DIS.

7. In early 2004, Marty proposed to change the CT Department's schedule from a compressed tour to a regular five-day-per-week schedule because, among other things, the compressed schedule resulted in excessive overtime and made staffing a problem whenever one of the CT technologists called in sick. I agreed with Marty's proposal to change to a five-day-per-week schedule with staggered eight-hour shifts. In order to ease the technologists' transition from compressed tours to regular tours, I informed them in April 2004 that initially there would be three staggered eight-hour shifts, with the last shift ending at 5:30 p.m. Subsequently, we modified this proposal in May so that the third technologist would work from 12:00 p.m. to 8:00 p.m. Ultimately, however, the compressed schedules for the CT technologists did not change while I was at the VA Hospital.

8. Because of the staffing shortage that the Service experienced beginning in 2003 and the increasing demand for CT scan procedures, we began to cross-train radiology technologists in CT procedures. The goal was to cross-train each interested technologists, but it was only possible to train only one technologist at a time. Tenessa Karmozyn was selected to cross train first based on her availability and the needs of the department. During this period, Lynda Parker already was in the process of cross-training in angiography procedures. Subsequently, after Ms. Auger left in June 2004, Ms. Parker was one of the only technologists able to perform angiography procedures. I remember assuring her that she would get her turn to cross-train in CT.

9. In June 2004, the chief technologist, Joan Beaudoin, left the Service on extended leave, but did not resign her position. At that point, Marty Khatib became the

technologists' direct supervisor and took over Joan's supervisory responsibilities as Chief Technologist. Subsequently, Chris Stokes was assigned by Marty to coordinate patient care, but Stokes never had the supervisory authority of the Chief Technologist. I and the Human Resources Department approved Chris Stokes's role.

10. Marty Khatib was highly professional, and I never saw him act improperly toward anyone. I never observed him yell at, threaten, insult, or otherwise mistreat anyone in the Service.

11. Several of Marty's proposed changes, such as modifying the compressed work schedule of the technologists in the CT department and requiring additional documentation, upset Debra Auger, Maureen Mastalerz and Eileen Ahern. These long-time employees (and others) did not respond well to Marty's efforts to increase accountability and efficiency.

12. On several occasions in early 2004 I met with Maureen Mastalerz, Debra Auger, Eileen Ahern, and others regarding their complaints about Marty Khatib's management decisions and his manner of dealing with them. I never concluded that Marty's actions were harassing or discriminatory.

13. Several of the staff technologists presented numerous complaints on April22, 2004. Following this letter, the administration decided that I and the Administrative Officer would meet with each of the staff employees to discuss their issues, and I informed them of this. However, beginning in June, several staff technologists, including Debbi and Eileen began to take extended medical leave, and it became impossible to meet with each of them because they were absent and the department was very short staffed.

14. In May 2004, there was an episode in which Eileen Ahern and Maureen Mastalerz left voice mail messages for the radiologist of the day regarding two completed emergency CT procedures that needed to be reviewed. This was not acceptable and not standard procedure. Rather than leaving a voice mail, the technologists should have personally contacted a radiologist immediately.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed the 9th day of November 2007

Casimira C. Sta Ines, MD
Casimira Sta Inez