**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Eileen Ahern, Maureen Mastalerz, Debra Auger, and Lynda Parker, Plaintiffs, | ) | |
| v. | ) | C.A. NO. 05-117ML |
| Jim Nicholson, Secretary, Department of Veterans Affairs, Defendant. | ) | |

**DECLARATION OF EMERSON JOSLIN**

I, Emerson "Bob" Joslin, make the following declaration in support of Defendant's Motion for Summary Judgment.

1. I am currently a contract specialist at the VA Hospital in Providence, RI. I have held this position since 2001.

2. As a contract specialist I am responsible for soliciting and awarding contracts for medical services, maintenance services, and construction services at the VA Hospital.

3. I was directly involved in awarding contracts for technologists in the Diagnostic Imaging Service ("DIS") at the VA Hospital in 2003-2004.

4. Beginning in 2003, the VA Hospital hired a number of diagnostic technologists by contract to meet the urgent requirements of the Diagnostic Imaging Service. These contract technologists were not federal employees of the VA Hospital and served for temporary terms. In addition, these technologists did not receive any benefits, such as health insurance, paid vacation, or retirement benefits. They were self-employed.

5. The contract technologists that the VA Hospital retained for DIS came from two sources: staffing agencies on the Federal Supply Schedule ("FSS") and open market

procurement. In establishing the rates for these contract technologists, the Contracting Department assessed the rates quoted and published by the staffing agencies on the FSS and then sought to acquire contract services at the best value obtainable. Specifically, the Contracting Department obtained hourly rates for technologists from Staffing Now, Inc., Cirrus Medical Staffing LLC, and others. In addition, the VA Hospital also sought to fill positions by hiring staff technologists but was unsuccessful. For example, the VA Hospital advertised for a GS-647-8 Diagnostic Radiologist Technologist (CT Scan) in December 2003.

6. Beginning in March 2003 with Kim Lebert, DIS retained a number of contract technologists, both male and female. The technologists contracted were:

| DIS Contract Technologists (2003-2005) | | | | |
|---|---|---|---|---|
| | | | | |
| **Name** | **Starting Rate** | **Raises** | | **Time Period** |
| Kim Lebert (F) | $40/hr | | | 3/14/03--6/16/03: then staff |
| Derek Sabourin | $30/hr | | | 3/03-9/03 |
| Scott Gray | $35/hr | | | 10/03-12/04 |
| Christopher Stokes | $30/hr | | | 9/03-12/03 |
| Christopher Stokes | 12/03<br><br>$45/hr | 10/1/04<br><br>$48/hr | 10/1/05<br><br>$50/hr | 12/03-9/06: then staff as of 1/21/07 |
| Suzette Kennett (F) | $30/hr | | | 1/04-5/05: then staff |
| Laurie Goss (F) | $30/hr | | | 6/04-12/05 |
| Clemon Allen | $35/hr | | | 6/04-6/05 |
| Germiniano Bambakakis | $35/hr | | | 7/04-4/05 |
| Charlotte McLaughlin (F) | $40/hr | | | 7/04-12/04 |
| Dayna Gardner (F) | $35/hr | | | 7/04-7/05: then staff |
| Luchino Caparas | $35/hr | 4/1/05<br><br>$40/hr | | 7/04-9/06: then staff |
| Aguinaldo DaCruz | $30/hr | | | 7/04-9/05 |
| Sherrill Hockenberry (F) | $30/hr | | | 1/05-7/05 |
| Gregory Jordan | $38/hr | | | 1/05-1/05: Left after 1 week |
| Shannon Gomez (F) | $30/hr | | | 1/05-8/06 |
| Gabriel Ferrara | $35/hr | | | 4/14/05-12/31/05 |
| Timothy Jones | $30/hr | | | 11/05-8/06 |
| *Staffing Now* | $57/hr | | | 12/03-3/05 |
| Gabriel Ferrara | | | | 1/23/03-- 4/14/05 |
| Edgar Medina | | | | 1/23/04-4/23/04 |
| | | | | |
| *Cirrus Medical Staffing* | $70/hr | | | 9/05-12/05 |
| Londa Marks | | | | |

7. Christopher Stokes was first hired as a contract technologist in September 2003 at a rate of $30 per hour on an as-needed basis. The Contracting Department approved this temporary hiring after conducting an analysis of prices from federal supply schedule contractors. The Contracting Department submitted a Request for Quotes (RFQ 650-44-03), and as shown on the September 15, 2003 Abstract of Offers, the rates quoted by staffing agencies ranged from

$57.36 per hour to $74.75 per hour.

8. Subsequently, on December 29, 2003, Stokes temporary contract expired and he received a full-year contract at $45 per hour. Again, the Contracting Department conducted a assessment of staffing agency rates and determined Stokes's rate to be significantly lower. After two subsequent contract renewals, Stokes became a staff technologist in 2007.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed the 9th day of November2007

Emerson P. Joslin

C:\Documents and Settings\myrus\Desktop\Joslindecl.wpd