IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

Eileen Ahern, Maureen Mastalerz,
Debra Auger, Lynda Parker.
Plaintiffs,

v. CA No.: 05-117ML

Jim Nicolson, Secretary,
Department of Veterans Affairs,
Defendant.

**PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO DEFENDANT'S SUMMARY JUDGMENT MOTIONS**

Now comes the Plaintiffs, Eileen Ahern, et al., and hereby moves this Court for an extension to answer Defendant's Summary Judgment Motion. The current date for answer is December 14, 2007, and Plaintiff requests extension to December 28, 2007; and in support for this Motion, and for good cause shown hereby states:

Counsel for Plaintiffs had a family medical emergency this past week which totally consumed all his time.

Defendant has filed an extremely detailed and complex Motion for Summary Judgment consisting of an eighty-six page brief with two volumes of supporting documents and supporting affidavits; as well as a twenty-eight page document with purported Statement of Undisputed Facts. Plaintiffs still require additional time to adequately respond to Defendants assertions.

Plaintiffs Counsel is a solo practitioner with a busy practice and avers that despite the fact that he has several cases at the moment imminently heading for arbitration and or

trial, he has been working diligently on the response to Defendants Summary Judgment Motion and supporting material.

Plaintiffs Counsel also avers that he has conferred with opposing Counsel with regard to this request and opposing Counsel is in agreement and has given his assent to this Motion.

WHEREFORE, the Plaintiffs respectfully request and extension of time to January 7, 2008 to answer the Defendant's Motion for Summary Judgment.

Respectfully Submitted,
Plaintiffs
By Their Attorney,

/S/ Thomas E. Folcarelli

Thomas E. Folcarelli #6393
Attorney for the Plaintiff
55 Bradford Street, Suite 203
Providence, RI 02903
401.521.1828
Fax: 401.274.2480

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this 26th Day of December, 2007, I caused a true copy of the within Assented-To Motion for Extension of Time to Answer the Defendant's Motion for Summary Judgment to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has been noticed electronically:

Robert Clarke Corrente
United States Attorney; and:
Richard M. Myrus, Esq.
Assistant U.S. Attorney
Attorney for the Defendant
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
richard.myrus@usdoj.gov

/S/ Thomas E. Folcarelli