**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF RHODE ISLAND**

Eileen Ahern, Maureen Mastalerz,
Debra Auger, and Lynda Parker,
Plaintiffs,

v. C.A.NO. 05-117ML

Jim Nicholson, Secretary,
Department of Veterans Affairs,
Defendant.

**PLAINTIFF'S OBJECTION TO DEFENDANT'S STATEMENT OF FACTS AS TO WHICH THERE IS "NO GENUINE DISPUTE"**

Now comes the Plaintiffs, and through their attorney, objects to the Defendants Statement of Facts As To Which There Can Be No Genuine Dispute. The Plaintiffs hereby respectfully submit an Answer to the Plaintiffs Fact Statements, and hereby submit their own Statement of Facts to Which there Can Be No Genuine Dispute.

Respectfully Submitted,
Plaintiffs
By Their Attorney,

/S/ Thomas E. Folcarelli

Thomas E. Folcarelli #6393
Attorney for the Plaintiff
55 Bradford Street, Suite 203
Providence, RI 02903
401.521.1828
Fax: 401.274.2480

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this 7th Day of January, 2008, I caused a true copy of the within Assented-To Motion for Extension of Time to Answer the Defendant's Motion for Summary Judgment to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has been noticed electronically:

Robert Clarke Corrente
United States Attorney; and:
Richard M. Myrus, Esq.
Assistant U.S. Attorney
Attorney for the Defendant
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
richard.myrus@usdoj.gov

/S/ Thomas E. Folcarelli