**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Eileen Ahern, Maureen Mastalerz, | ) | |
| Debra Auger, and Lynda Parker, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. NO. 05-117ML |
| | ) | |
| Jim Nicholson, Secretary, | ) | |
| Department of Veterans Affairs, | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S ASSENTED-TO MOTION FOR AN EXTENSION OF THE DEADLINE TO FILE DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Defendant, James Nicholson, hereby moves the Court for a thirty-day extension of the deadline to file a reply memorandum in support of defendant's motion for summary judgment. In support of this motion, defendant states:

On November 14, 2007, defendant moved for summary judgment with respect to the claims of each of the four plaintiffs in this matter. On January 7, 2008, plaintiffs served their objections to defendant's motion for summary judgment. Defendant's reply memorandum is due on January 25, 2008. Each of the plaintiffs alleges that she suffered specific acts of discrimination, a hostile work environment, and retaliation. Given the scope of plaintiffs' claims, defendant seeks an additional thirty days in which to file his reply memorandum.

Plaintiffs' counsel has assented to this motion.

WHEREFORE, defendant respectfully requests that the due date for his summary judgment reply memorandum be extended to February 25, 2008.

ROBERT CLARK CORRENTE
United States Attorney

**/s/ Richard B. Myrus**
RICHARD B. MYRUS
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
richard.myrus@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 11th day of January, 2008, I caused the within Assented-To Motion to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Thomas Folcarelli, Esq.
55 Bradford Street, Suite 203
Providence, RI 02903
tfolc8@cox.net

/s/ Richard Myrus