**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Eileen Ahern, Maureen Mastalerz, Debra Auger, and Lynda Parker,
Plaintiffs,

v. ) C.A. NO. 05-117ML

Jim Nicholson, Secretary, Department of Veterans Affairs,
Defendant.

## DECLARATION OF STEPHEN BORDEN

I, Stephen Borden, make the following declaration based on my personal knowledge.

1. I am employed at the Providence VA Medical Center in Providence, Rhode Island and hold the position of Executive Assistant to the Director. I have held this position since January 2002.

2. My responsibilities include second level supervision of the EEO program, and I am familiar with the procedures that the VA Medical Center follows with respect to informing employees of the EEO Discrimination Complaint Process.

3. Since at least 2002, the VA Medical Center has posted fliers informing employees of their rights regarding discrimination, sexual harassment and reprisal in the workplace. These fliers have been posted in conspicuous locations throughout the medical center and, among other things, inform employees that they must report discrimination, sexual harassment or reprisal to a counselor within forty-five days of the incident. These fliers also include the appropriate Office of Resolution Management (ORM) telephone number for an employee to call in order to report discrimination,

harassment or reprisal. A copy of the VA Medical Center flier that has been posted since August 2003 is attached as Exhibit A. A copy of the Department of Veterans Affairs flier that has been posted since August 2003 is attached as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed the 22nd day of February 2008

Stephen Borden

# Providence

# VA Medical Center

# EEO Program Officials

OFFICE OF RESOLUTION MANAGEMENT BEDFORD SATELLITE
04 NOV -5 AM 9:34

Any employee, former employee, and/or applicants for employment who believes he/she has been discriminated against because of race, color, religion, sex (including sexual harassment and/or sexual orientation), national origin, age (40 and over), disability (physical or mental) or reprisal, must consult with an EEO Counselor within 45 calendar days of the incident or personnel action that cause the aggrieved to believe there has been discrimination.



Affirmative Action Officer
Extension 3042
Vincent Ng
Medical Center Director



EEO Program Coordinator
Extension 3293
Benson Werthan
Office of the Director



EEO Committee Chairperson
Extension 3178
Lourdes Natividad
Nutrition & Food Service



African-American Program Manager
Extension 3056
Clarence Gibb
Facilities Management Service



Disability Employment Program Manager
Extension 2182
Raymond Arbiga
Acquisition & Logistics Svc



Federal Women's Program Coord.
Extension 3478
Regina Correa-Murphy
Research/Education Service



Hispanic Employment Program Manager
Extension 4230
Zulma Cruz
Primary Care Service



Native American Program Manager
Extension 3178
Louise Weldon
Nutrition & Food Service



Minority Veterans Program Coordinator
Extension 3340
Tenessa Karmozyn
Diagnostic Imaging Service

| |
|---|
| Regional EEO Officer |
| Office of Resolution Management (08E) |
| Lyons Field Office |

| |
|---|
| **To Contact an EEO Counselor** |
| **Call** |
| **1-888-RES-EE01 (1-888-737-3361)** |

August 2003

AH2333

EXHIBIT A

Department of Veterans Affairs

# SEXUAL HARASSMENT IN THE WORKPLACE IS AGAINST THE LAW!

## YOU NEED TO KNOW THAT

unwelcome sexual advances, requests for sexual favors, and other verbal or nonverbal or physical conduct of a sexual nature constitute sexual harassment when:

- *Submission to such conduct is made either explicitly or implicitly a term or condition of employment.*
- *Submission to or rejection of such conduct by an individual is used as a basis for employment decisions affecting that individual.*
- *Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.*

## EXAMPLES

| VERBAL | NONVERBAL | PHYSICAL |
|---|---|---|
| sexual innuendoes | suggestive or insulting sound | touching |
| suggestive remarks | leering, staring or ogling | pinching |
| pressure for dates | whistling | brushing the body |
| sexual humor and jokes | obscene gestures | cornering |
| sexist remarks | obscene/graphic materials | actual or attempted rape or assault |
| sexual propositions | written sexual jokes | |
| threats | | |

## WHAT TO DO IF YOU ARE THE VICTIM OF SEXUAL HARASSMENT

- Tell the harasser that the behavior is unwelcome.
- Keep a record of any instances of harassment such as dates, places, times, comments, your responses, and witnesses. Also keep a record of follow-up actions.
- Ask coworkers if they observed the behavior or are aware of similar behavior.
- Tell your supervisor or someone else about the incident.
- If the harasser is your supervisor, inform a higher-level supervisor.
- Contact an EEO Counselor, the Federal Women's Program Manager, the EEO Manager, Union Representative or the Human Resources Management Office within 45 days of the incident.

## NEED HELP?

If you are a Department of Veterans Affairs employee, former employee, or applicant for employment, and you believe you have been subjected to sexual harassment discrimination, you can contact the Office of Resolution Management ([illegible]

SEXUAL HARASSMENT [illegible]

Veterans Health Administration

AH2331

EXHIBIT B