**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Eileen Ahern, Maureen Mastalerz, Debra Auger, and Lynda Parker, Plaintiffs, | ) |
| v. | ) C.A. NO. 05-117ML |
| Jim Nicholson, Secretary, Department of Veterans Affairs, Defendant. | ) |

**DECLARATION OF TAMBRA HOLT**

I, Tambra Holt, make the following declaration based on my personal knowledge.

1. I am currently a Human Resources Specialist at the Providence VA Medical Center in Providence, Rhode Island and have been employed there since October 12, 1997.

2. The Human Resources Department is responsible for reviewing staff salaries and proposing salary adjustments. In November 2002, the Human Resources Department began to evaluate increases in 2003 special salary rates for several occupations, including diagnostic radiology technologists, pharmacists, nursing assistants, nurses, and nuclear medicine technologists. In connection with this effort, the Human Resources Department conducted a survey of salaries at other area facilities and reviewed published salary data. This review suggested that the salaries of operating room nurses assistants were approximately 15% below the community average. The salaries of certain Licensed Practical Nurses were 16% below the community level. Pharmacists' salaries at the VA Hospital were 16% below the community average, and diagnostic radiology technologists' salaries were approximately 9% below the community average. .

3. The Human Resources Department presented this salary information to the

Medical Center's Director in early 2003. Based on budgetary considerations and staffing needs, the Director upwardly adjusted only the salaries of pharmacists and several categories of nurses in 2003.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed the ______ day of February 2008

____________________
Tambra Holt