**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| | ) | |
| Eileen Ahern, Maureen Mastalerz, | ) | |
| Debra Auger, and Lynda Parker, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. NO. 05-117ML |
| | ) | |
| Jim Nicholson, Secretary, | ) | |
| Department of Veterans Affairs, | ) | |
| Defendant. | ) | |
| | ) | |

**SUPPLEMENTAL APPENDIX OF EXHIBITS**
**IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit # | Description |
|---|---|
| 91 | Deposition Transcript of Linda Parker July 6, 2007 (Excerpts) |
| 92 | Deposition Transcript of Debra Auger, July 12, 2007 (Excerpts) |
| 93 | Agreement Between Veterans Administration Medical Center Providence, Rhode Island and Local Union 1322 Laborers' International Union of North America, AFL-CIO Nonprofessional Unit |
| 94 | Letter Dated April 29, 2004 to Steve French from Casimira Sta. Ines, M.D. Chief, Diagnostic Imaging Service |
| 95 | Deposition Transcript of Maureen Mastalerz, July 18, 2007 (Excerpt) |
| 96 | Deposition Transcript of James Patrick Curran, Jr., Ph.D., September 7, 2007 (Excerpt) |
| 97 | Deposition Transcript of Dr. Rajeev Kumar Gupta, July 23, 2007 (Excerpt) |

Respectfully submitted,

JIM NICHOLSON, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

By his attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov