DEPARTMENT OF VETERANS AFFAIRS
Medical Center
830 Chalkstone Avenue
Providence RI 02908-4799

Hand delivered 5/3/04 to Mr French @ 11:30am

April 29, 2004

In Reply Refer To: (650/05)

Steve French
Local 1322
Laborers International Union of North America
VA Medical Center
Providence, RI 02908

Dear Mr. French,

I am in receipt of a memorandum dated April 22, 2004, addressed to me with a subject "Formal Letter of Complaint about Mehrdad Khatib, BS, RT(R)." The opening paragraph states, "This letter is also being submitted to the Union to be considered a formal grievance."

In accordance with Article VIII, Section I, Step 2 of the negotiated grievance procedure, "The grievance shall contain the name of the grievant, the nature of the grievance, the section or sections of the negotiated agreement or regulations that have been violated, a summary of attempts to resolve the grievance at step 1, the remedy requested and the name of the grievant's designated steward." This grievance as written is at times vague, disjointed and fails to adequately focus on the specific issue being grieved so as to permit management to address the issue properly. It also omits required information such as the summary and date of the Step 1 process and the specific remedy requested. Please provide the information to me in accordance with the negotiated procedure no later than close of business May 10, 2004.

Apart from the processing of the grievance, I intend to schedule meetings with the employees signing the grievance letter to discuss their concerns and attempt to resolve issues as appropriate. I am committed to working with employees in order to assure the highest quality care and service is provided to our patients.

If you have questions don't hesitate to contact me. Questions concerning the negotiated grievance procedure should be addressed to Alan I. Korolenko in Human Resources Management Service.

CS Ines, M.D.

Casimira Sta. Ines, M.D.
Chief, Diagnostic Imaging Service

AH0092

AH0092